[No. 35615-1-I.   Division One.   July 21, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID FREDERICK SIMMONS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-1-00365-5, Gerald L. Knight, J., entered October 14, 1994. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Ellington, JJ.

[No. 36999-7-I.   Division One.   July 21, 1997.]

THOMAS CACCIOLA, ET AL., *Appellants*, v. KOCHCAPITAL, INC., ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 92-2-17010-8, Faith Enyeart Ireland, Marilyn R. Sellers and Sharon S. Armstrong, JJ., entered June 25, 1993, December 22, 1994, and April 21, June 19 and June 30, 1995. *Affirmed* by unpublished opinion per Becker, J., concurred in by Baker, C.J., and Cox, J.

[No. 37069-3-I.   Division One.   July 21, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL ANTON McKENZIE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-06614-1, J. Kathleen Learned, J., entered August 7, 1995. *Affirmed* by unpublished opinion per Cox, J., concurred in by Coleman, J., Becker, J., dissenting.

[No. 37128-2-I.   Division One.   July 21, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. JOHN P. LAL, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-01391-7, Joseph A. Thibodeau, J., entered August 9, 1995. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker, C.J., and Becker, J.